UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23058-CIV-SEITZ/O'SULLIVAN

ALLAN I. KORNBLAU,

    Plaintiff,

v.

CUNARD LINE LIMITED,

    Defendant.
_____/

### ORDER (1) VACATING PRIOR MEDIATION ORDER; AND (2) RE-SCHEDULING MEDIATION FOR JANUARY 12, 2009

THIS CAUSE is before the Court on the mediator's Re-Notice of Mediation [DE-29] and Defendant's counsel's Notice of Unavailability [DE-24]. The parties were scheduled to mediate on August 7, 2008. Defendant's counsel reports that she is unavailable from August 1, 2008, through August 11, 2008. The parties have rescheduled the mediation conference for January 12, 2009. Accordingly, it is hereby

ORDERED that:

(1) The Order Scheduling Mediation [DE-28] is VACATED; and

(2) The Mediation Conference in this matter shall be held with Cindy N. Hannah, Esq. on **January 12, 2009 at 10:00 a.m.**, at One S.E. 3rd Avenue, Suite 1250, Miami, FL 33131.

DONE and ORDERED in Chambers in Miami, Florida, this 4th day of August, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
        Cindy N. Hannah, Esq.